**FILED**

MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY
413 Longfellow Street, N.W.
Washington D.C. 20011

            Plaintiff,

vs.

KFC U.S. Properties, Inc.
Greg Dedrick, President
1441 Gardnier Lane
Louisville, Kentucky 40213

            Defendant.

U.S. District Court No.

Removed from: Superior Court
of the District of Columbia
Civil Division
Case No. 05-0003374
(Hon. Russell F. Canan)

CASE NUMBER: 1:05CV1003

JUDGE: ROSEMARY M. COLLYER

DECK TYPE: PERSONAL INJURY/MALPRACTICE

DATE STAMP: 05/18/05

JURY ACTION

## NOTICE OF REMOVAL

TO:    Rev. Earnest Lee Hobley        Clerk of the Court
        413 Longfellow Street, N.W.    Superior Court of the District of Columbia
        Washington D.C. 20011        Civil Division
                                        500 Indiana Avenue, N.W., Room JM-170
                                        Washington D.C. 20001

Defendant KFC U.S. Properties, Inc. ("KFC"), by its undersigned counsel, Kienbaum Opperwall Hardy & Pelton, P.L.C. and Venable, LLP, hereby removes this action from the Superior Court of the District of Columbia Civil Division, Washington D.C., where it is now pending, to the United States District Court for the District of Columbia.

In support of its Notice of Removal, Defendant states:

1.      On May 2, 2005, Plaintiff commenced this action in the Superior Court of the District of Columbia Civil Division by filing a Complaint entitled *Rev. Earnest Lee Hobley, Plaintiff, v. KFC U.S. Properties, Inc., Defendant*, docketed as case number 05-0003384.

1

2.      The Summons, Complaint and Initial Order were served on May 4, 2005 and constituted Defendant's first notice of the lawsuit by service or otherwise.

3.      The Summons, Complaint and Initial Order, attached hereto as Exhibit A, constitute all process, pleadings and orders served upon Defendant in this action to date.

4.      At the time Plaintiff's action was filed, to the present time, the citizenship of the parties was and is as follows:

        a.      Upon information and belief, Plaintiff Rev. Earnest Lee Hobley was and is a resident and citizen of Washington, D.C.

        b.      Defendant KFC U.S. Properties, Inc. was and is a corporation incorporated under the laws of the State of Delaware, and had and has its principal place of business in Louisville, Kentucky. Defendant was not and is not a citizen of Washington, D.C.

5.      This Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. §1332 because complete diversity of citizenship exists between the parties and the substantive allegations of Plaintiff's Complaint can be fairly read to indicate that the amount in controversy exceeds $75,000, exclusive of interest and costs. In support of this proposition, Defendant relies on the factual allegations contained in Plaintiff's Complaint in which he claims damages in excess of $500 million dollars.

6.      Service and notice of the filing of this Notice of Removal will be given to Plaintiff as is required. A true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the District of Columbia Civil Division, Washington D.C.

7.      This action is therefore removable to this Court pursuant to 28 U.S.C. §1332 based on this Court's original diversity jurisdiction.

8.    The facts and legal issues alleged in this lawsuit are identical to those raised in two prior lawsuits involving the same parties brought before the Honorable Rosemary M. Collyer last year (U.S. District Court Nos. 04-CV-00314 and 04-CV-00492), as well as four actions involving these parties that were recently removed to this Court and assigned to Judge Collyer (U.S. District Court Nos. 05-cv-00521, 05-cv-00522, 05-cv-00523 and 05-cv-00608). As such, Judge Collyer is aware of the relevant background and the parties' positions on these matters and Defendant requests that, in the interests of judicial economy, this matter also be directed to Judge Collyer.

Dated this _17_ day of May, 2005.

KIENBAUM OPPERWALL HARDY
& PELTON, P.L.C.

By:_____
    Eric J. Pelton
    Bar No. MI0007
    325 South Old Woodward Avenue
    Birmingham, MI  48009
    (248) 645-0000
    (248) 645-1385 (facsimile)

VENABLE, LLP
By:    David Warner
    Bar No. 463079
    575 7th Street, NW
    Washington DC  20004-1601
    (202) 344-8155
    (202) 344-8300 (facsimile)

Attorneys for Defendant

L:\0001\044\NTC

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

        Plaintiff,                            U.S. District Court No.

VS.

KENTUCKY FRIED CHICKEN, INC.,

        Defendant.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I did serve a copy of **Civil Cover Sheet,**

**Notice of Designation of Related Civil Cases Pending, Disclosure of Corporate**

**Affiliations and Financial Interests, Notice of Removal** and this **Certificate of**

**Service** upon:

Rev. Earnest Lee Hobley        Clerk of the Court
413 Longfellow Street, N.W.    Superior Court of the District of Columbia
Washington, D.C. 20011       Civil Division
                          500 Indiana Avenue, N.W., Room JM-170
                          Washington, DC  20001

by placing said documents in envelopes with first-class postage thereon being fully

prepaid and depositing same in a U.S. mail receptacle located in Birmingham, Michigan.

Raylene M. Chesney

L:\0001\044\PRF