**FILED**

MAY 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,

vs.

KFC U.S. PROPERTIES, INC.,

    Defendant.

CASE NUMBER: 1:05CV1003

JUDGE: ROSEMARY M. COLLYER

DECK TYPE: PERSONAL INJURY/MALPRACTICE

DATE STAMP: 05/18/05

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for KFC U.S. Properties, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of KFC U.S. Properties, Inc. which have any outstanding securities in the hands of the public:

> Defendant KFC U.S. Properties, Inc.'s ultimate publicly traded parent is YUM Brands, Inc.

These representations are made in order that Judges of this Court may determine the need for recusal.

Dated this 17th day of May, 2005.

_____
Eric J. Pelton
Attorney of Record for Defendant

3