UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,                                     Civil Action No. 05-1003 (RMC)

vs.

KFC U.S. PROPERTIES, INC.,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that attorneys for Defendant KFC U.S. Properties, Inc., Kienbaum Opperwall Hardy & Pelton, P.L.C., have a new address effective June 1, 2005. All future correspondence, pleadings and notice should be directed to:

    Eric J. Pelton
    Kienbaum Opperwall Hardy & Pelton, P.L.C.
    280 North Old Woodward Avenue, Suite 400
    Birmingham, MI  48009
    Phone:  (248) 645-0000
    Fax #:   (248) 645-1385
    E-mail:  epelton@kohp.com

                                                KIENBAUM OPPERWALL HARDY
                                                  & PELTON, P.L.C.

                                                  By:  s/Eric J. Pelton
                                                        Eric J. Pelton
                                                 Bar No. MI0007
                                                 Attorneys for Defendant
                                                 325 South Old Woodward Avenue
                                                 Birmingham, MI  48009
                                                 (248) 645-0000

Dated:  May 24, 2005

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2005, a copy of the foregoing **Notice of Change of Address** and this **Certificate of Service** was mailed, first-class, postage prepaid, to Rev. Earnest Lee Hobley, 413 Longfellow Street, N.W., Washington D.C. 20011.

                                              s/Eric J. Pelton_____
                                              Eric J. Pelton