UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,
413 Longfellow Street, N.W.
Washington, D.C. 20011

    Plaintiff

                                            Civil Action No. 1:05-cv-01003-RMC
                                            Hon. Rosemary M. Collyer

Vs.

KFC U.S. Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

    Defendant

## MOTION TO ENFORCE JUDGMENT BY DEFAULT AGAINST DEFENDANT KFC FOR FAILURE TO FILE AN ANSWER TO THE SUMMONS WITHIN TWENTY (20) DAYS

    On May 2, 2005, Plaintiff commenced this action in the Superior Court of the District of Columbia Civil Division by filing a Complaint entitled Rev. Earnest Lee Hobley, Plaintiff, v. KFC U. S. Properties, Inc., Defendant.

    The Summons, Complaint and initial Order were served on May 4, 2005 and constituted Defendant's first notice of the lawsuit by service or otherwise.

    The defendant, KFC failed to answer the plaintiff's complaint within the twenty (20) day time limit as indicated in the summons.

    The defendant, KFC was clearly informed in the summons that failure "to file an answer, judgment by default may be entered against the defendant for the relief demanded in the complaint."

    Wherefore, the plaintiff respectfully requests that the motion to enforce judgment by

default against Defendant KFC for failure to file an answer to the summons within twenty (20) days will be granted.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D. C. 20011
(301) 464-9751
(301) 442-3780

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2005, a copy of the foregoing MOTION TO ENFORCE JUDGMENT BY DEFAULT AGAINST DEFENDANT KFC FOR FAILURE TO FILE AN ANSWER TO THE SUMMONS WITHIN TWENTY (20) DAYS was mailed, first-class, postage prepaid, to attorney Eric J. Pelton, 280 North Old Woodward Avenue, Suite 400, Birmingham, MI 48009.

_____
Rev. Earnest Lee Hobley