UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY,

    Plaintiff,

vs.

KFC U.S. PROPERTIES, INC.,

    Defendant.
_____/

Civil Action No. 05-521 (RMC)
05-522
05-523
05-608
05-1003

### RESPONSE TO PLAINTIFF'S MOTION TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION

In response to "Plaintiff's Motion to Exercise His Constitutional Right to Equitable Relief in a Court of Competent Jurisdiction," Defendant relies upon the briefs previously filed with this Court and the Opinions of this Court, and the Judgment issued by the U.S. Circuit Court of Appeals for the District of Columbia Circuit on September 9, 2005.

Respectfully submitted,

KIENBAUM OPPERWALL HARDY
  & PELTON, P.L.C.

By: s/Eric J. Pelton
    Eric J. Pelton
Bar No. MI0007
280 North Old Woodward Avenue
Suite 400
Birmingham, Michigan 48009
(248) 645-0000
(248) 645-1385 (facsimile)

|  |  |
|---|---|
| | VENABLE, LLP |
| | By:   David Warner |
| | Bar No. 463079 |
| | 575 7th Street, NW |
| | Washington, DC  20004-1601 |
| | (202) 344-8155 |
| | (202) 344-8300 (facsimile) |
| Dated:  October 27, 2005 | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2005, I have mailed first-class, postage prepaid, a copy of the foregoing **Response To Plaintiff's Motion To Exercise His Constitutional Right To Equitable Relief In A Court Of Competent Jurisdiction** to Rev. Earnest Lee Hobley, 413 Longfellow Street, N.W., Washington DC 20011.

                                            s/Eric J. Pelton  
                                            Eric J. Pelton

L:\0001\044\RSP