UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

        Plaintiff

Vs.

KFC U. S. Properties, Inc.

        Defendant

Civil Action No. 1:05-cv-1003

Hon. Rosemary M. Collyer

## PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FORGERY

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

The general and specific intent in these matters are clear and apparent, criminal in nature (forgery) and cannot be construed in any reasonable or equitable manner as having any legal nexus to Plaintiff Rev. Hobley's employment with the company. Without such legal nexus there is no valid basis for KFC's vexatious and frivolous demand for employee arbitration for a non-employee.

## INTRODUCTION

Due process of law expands with the jurisprudential attitude and obligation for fundamental fairness; the current ruling of the Court does not support this concept.

## STATEMENT OF FACTUAL BACKGROUND

On March 21, 2005, KFC submitted a forged document to the U. S. District Court as evidence of Rev. Earnest Lee Hobley's legal signature which was to bind him contractually to their standard employment agreement. The forged document was designed to persuade the U. S. District Court to enforce an arbitration agreement as it relates to cases 1:05-cv-00521, 1:05-cv-00522, 1:cv-00523, and 1:05-cv-00608.

RECEIVED

OCT 31 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ARGUMENT

The plaintiff states that forgery is a criminal act and not an employment issue, therefore forgery cannot be subject to any arbitration agreement, signed or otherwise. Plaintiff's claim of forgery is not based on any event that had its genesis in something he did while he was a KFC employee. The Plaintiff's claim of forgery is not based upon any condition of his former employment with KFC. The claim of forgery had no legal nexus to the Plaintiff's employment with the company and without such legal nexus there is no valid basis to demand arbitration.

## SUMMARY

KFC's contention that the Plaintiff must seek redress through the process of employee arbitration, even though he is not now, nor was he then an employee of KFC when this criminal act of forgery was committed against him. The Plaintiff is not an attorney, nor a photographer, but common sense tells him that there is something wrong with that picture.

## CONCLUSION

For the foregoing reasons, the Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of Competent Jurisdiction.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FORGERY** was mailed on November 5, 2005 to the following:

                              Attorney Eric J. Pelton
                              280 North Old Woodward Avenue, Suite 400
                              Birmingham, Michigan 48009-5394

                              */s/ Rev. Earnest Lee Hobley*
                              Rev. Earnest Lee Hobley