UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


REV. EARNEST LEE HOBLEY

        Plaintiff                          Civil Action No. 1:05-cv-521

Vs.

KFC U. S. Properties, Inc.                      Hon. Rosemary M. Collyer

        Defendant


## THE PLAINTIFF'S MOTION SUMMARY TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION


COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:


## INTRODUCTION

KFC has not presented any document that has manifestation of mutual consent between two or more legally competent persons. KFC breached any agreement the party may have had when the store general manager, Mr. Olu Adepegba lied to the DC metropolitan police that the Plaintiff, Rev. Hobley stole KFC funds. The DC Superior Court concluded on Feb 6, 2004 that the false accusations made by KFC general manager, Olu Adepegba was not based on event that had its genesis in something the Plaintiff did while he was a KFC employee. Identity theft, forgery, and fraud cover-up are criminal in nature and not subject to an employee arbitration agreement.

## STATEMENT OF FACTUAL BACKGROUND

In the motion to enforce an arbitration agreement and to dismiss complaint the Defendant's main argument is based on the premise that the Plaintiff is bound by a signed agreement for binding arbitration.
There id no agreement, signed or otherwise, to arbitrate criminal acts such as identity theft, forgery, and fraud cover-up committed against the plaintiff *after* his tenure of employment with KFC.

RECEIVED

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KFC breached any agreement that the party may have had because KFC failed to adhere to the plain language of their own agreement to arbitrate clause, namely *"KFC and I agree to use confidential, binding arbitration for any claims that arise between me and KFC"*.

The Plaintiff, Rev. Hobley was in fact arrested, charged, tried and found innocent of the fraudulent charges brought against him by KFC general manager Mr. Olu Adepegba.

## ARGUMENT

The Plaintiff relies upon the legal definition of agreement as a manifestation of mutual assent between two or more legal, competent persons. **KFC's documents do not manifest any mutual assent whatsoever between the parties, moreover, one cannot have a binding agreement with oneself that is binding on others. Nevertheless, this is exactly the position that KFC is putting forward.**

KFC's response to the Plaintiff's motion to exercise his constitutional right to equitable relief in a court of competent jurisdiction is a deliberate attempt to mislead the Court for the sole purpose of evading the real reason for the plaintiff's motion—**KFC is guilty of breaching any agreement that the parties may have had by charging the Plaintiff with a criminal felony of theft in the DC Superior Court, as opposed to giving the Plaintiff the opportunity to arbitrate, had he chosen to do so.**

KFC relies on the Court's previous ruling concerning the Plaintiff's false accusation claim rings hollow. The Court's ruling was not based upon the Plaintiff's argument made in his motion to exercise his constitutional right to equitable relief in a court of competent jurisdiction concerning KFC's breach of their own arbitration agreement. Moreover, the breach of contract has never been addressed or adjudicated by the Court.

The DC Superior Court concluded on February 6, 2004 that the false accusation claim made by KFC general manager Mr. Olu Adepegba was not based on any event that had its genesis in something the Plaintiff did while he was a KFC employee. KFC's rhetoric that theft of KFC's funds *after* the Plaintiff left the employment of KFC is somehow related to Rev. Hobley's job performance while employed by KFC and therefore subject to arbitration is utterly ridiculous and a deliberate attempt to mislead the Court.

The ruling in Fleck, Morgan and Aspero is **not** analogous to the instant matter. In those cases there was a finding of guilt. The finding for arbitration was directly related to the current finding of guilt. There is no such finding in this matter. The relationship between the cases cited and the instant case is akin to comparing apples, not with oranges, but comparing apples with polar bears. **Guilty vs. not guilty.**

**Identity theft, forgery and fraud cover-up has nothing to do with the Plaintiff's employment, but it has everything to do with KFC's criminal activities, therefore they are not employment issues and cannot be subject to any employment arbitration agreement.**

## SUMMARY

The Plaintiff Rev. Hobley, by reason of law, could not and cannot arbitrate his arrest on criminal charges that were brought against him in the criminal division of the DC Superior Court based upon the false complaint of KFC general manager Mr. Olu Adepegba.

## CONCLUSION

How or why is the Plaintiff not entitled, by rule of law, and as a matter of equity to pursue the same forum for relief that was afforded to KFC? The rule of the Court is, in respectful opinion of the Plaintiff, a clear example of discriminatory animus. The Plaintiff is forced to concede to terms and conditions that his **opponent (the defendant, KFC) is free to ignore.** Due process of the law expands with jurisprudential attitude and obligation for fundamental fairness. **The current ruling of the Court *does not* support this concept.**

WHEREFORE, the premises considered, Plaintiff respectfully requests that:

1. Defendant's Motion To Enforce Arbitration Agreement and Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation be dismissed with prejudice; and,

2. Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

3. For such other and further relief as to this Honorable Court seems just and proper.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S
MOTION SUMMARY TO EXERCISE HIS CONSTITUTIONAL RIGHT TO
EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION** was
mailed on November 14, 2005 to the following:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

Rev. Earnest Lee Hobley