UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

    Plaintiff                                                     Civil Action No. 1:05-cv-521

Vs.

KFC U. S. Properties, Inc.                          Hon. Rosemary M. Collyer

    Defendant

### THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY THE DEFENDANT'S MOTION TO ENFORCE AN ARBITRTION AGREEMENT, BASED ON THE SUPERIOR COURT'S RULING ON FEBRUARY 6, 2004.

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

On February 6, 2004, the D.C. Superior Court found Rev. Earnest L. Hobley **not guilty** of theft, as alleged by one of his former employer's general managers, Mr. Olu Adepegba on February 28, 2003. The D.C. Superior Court concluded on February 6, 2004 that the false accusation made by KFC general manager Mr. Olu Adepegba was not based on any event that had its genesis in something he did while he was a KFC employee. Moreover, the Court concluded that KFC's main accuser, Mr. Olu Adepegba could have been guilty of stealing the money himself.

RECEIVED

NOV -3 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONCLUSION

For the foregoing reasons, the Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY THE DEFENDANT'S MOTION TO ENFORCE AN ARBITRTION AGREEMENT, BASED ON THE SUPERIOR COURT'S RULING ON FEBRUARY 6, 2004.** was mailed on November 5, 2005 to the following:

                Attorney Eric J. Pelton
                280 North Old Woodward Avenue, Suite 400
                Birmingham, Michigan 48009-5394

                */s/ Rev. Earnest Lee Hobley*
                Rev. Earnest Lee Hobley