UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
_____
Plaintiff

vs.                              Civil Action No. 1:05-cv-1003
                                         RMC
KFC U.S.Properties,INC.
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 27th day of February , 20 06 , that the plaintiff, Rev. Earnest Lee Hobley

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 31th day of January , 20 06

in favor of KFC U.S.Properties, INC

against said Rev. Earnest Lee Hobley

*[signature]*
_____
Rev. Earnest Lee Hobley
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

RECEIVED
FEB 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

